# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1167**
**CA 11-00072**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

KURT A. WIEDENHAUPT, PLAINTIFF-RESPONDENT,

V                                    MEMORANDUM AND ORDER

PAUL F. HOGAN, JR., DEFENDANT-APPELLANT.
(APPEAL NO. 3.)

DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP, BUFFALO (JAMES W. GRESENS OF COUNSEL), FOR DEFENDANT-APPELLANT.

JAECKLE FLEISCHMANN & MUGEL, LLP, BUFFALO (HEATH J. SZYMCZAK OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered December 22, 2010. The order, among other things, granted defendant's motion for leave to reargue, and upon reargument, adhered to the prior order entered August 16, 2010.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Wiedenhaupt v Hogan* ([appeal No. 2] ___ AD3d ___ [Nov. 18, 2011]).

Entered:  November 18, 2011                    Patricia L. Morgan
                                               Clerk of the Court